██ ALBERTA PATRICK, Appellant, et al., Plaintiff, v MARK E. DE DOMINICIS, Respondent. (Appeal No. 1.) [807 NYS2d 920]— Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 27, 2004. The order granted defendant's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.